[No. 4254–1.   Division One.   July 18, 1977.]

*In the Matter of the Marriage of* JANET M. YOUNG,
*Appellant, and* RICHARD L. YOUNG,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–70111, Oluf Johnsen, J. Pro Tem., entered October 7, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4299–1.   Division One.   July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE E. GRIFFITH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7303, Daniel T. Kershner, J., entered November 21, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 4301–1.   Division One.   July 18, 1977.]

PAUL N. BARCI, ET AL, *Respondents,* v. INTALCO ALUMINUM CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 44221, Marshall Forrest, J., entered October 24, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Andersen, JJ.